UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

DEVEN HURT,

Plaintiff,

v.

ADRIANA SOFIA URIARTE
a/k/a SOFIA URIARTE and ROBERT URIARTE,

Defendants.
_______________________________/

# COMPLAINT

Plaintiff Deven Hurt ("Hurt") brings this action for defamation, aiding and abetting defamation, and conspiracy to commit defamation against Defendants Adriana Sofia Uriarte a/k/a Sofia Uriarte ("Sofia") and Robert Uriarte ("Robert").

## Jurisdiction and Venue

1. Under 28 U.S.C. § 1332(a)(1), the Court has subject-matter jurisdiction of this action because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States (New York, on the one hand, and Florida, on the other hand).

2. Under 28 U.S.C. § 1391(b)(1)–(2), this action may be brought in this judicial district because (a) it is a judicial district in which one of the defendants resides and all defendants are residents of the State in which this district is located, and (b), on information and belief, this is a judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

## Parties

3. At all material times, Hurt has been a citizen of the State of New York.

4. At all material times, Sofia has been a citizen of the State of Florida. Sofia resides in Broward County, Florida. Sofia is Robert's sister.

5. At all material times, Robert has been a citizen of the State of Florida. Robert is Sofia's sister.

## Factual Allegations

### About Deven Hurt

6. Through his hard work, accomplishments, and personal qualities, Hurt has earned an impeccable reputation professionally and personally. Hurt graduated from both Harvard University and Havard Law School, and Hurt has been a member in good standing of the New York Bar since 2024. As an undergraduate student, Hurt worked for the National Basketball Association and then started working for Nike. Hurt, moreover, has been active in the community, participating in the Black Law Students Association, the Recording Artists Project, and conducting interviews for Harvard undergraduate admissions.

### PredictionStrike

7. Shortly after finishing undergraduate studies, Hurt, in 2019, co-founded PredictionStrike, Inc. ("PredictionStrike"), a fantasy-sports platform. PredictionStrike operated an algorithmic, simulated stock market that allowed users to buy and sell "shares" of professional athletes, the price of which would fluctuate based on the athlete's performance. Users, however, were mere creditors of PredictionStrike, and they acknowledged that those shares were not security interests or gave them any ownership interest in any athlete.

PredictionStrike was a fun way that allowed users to engage with and analyze their favorite athletes' performance while earning monetary return.

8. For most of its existence, PredictionStrike operated successfully. At its height, PredictionStrike had roughly 300,000 users, approximately a dozen employees, completed $150 million in transactions, and was licensed in Massachusetts and in Vermont. Because of liquidity problems, however, PredictionStrike was forced to dissolve in April 2026. Unfortunately, PredictionStrike was unable to pay its users their account balances.

**About Robert Uriarte**

9. One PredictionStrike user was Robert, who began using the platform in June 2023. In all, Robert deposited roughly $19,926.00 in PredictionStrike. Robert was an active user until February 2026, when the PredictionStrike platform shut down. As with other PredictionStrike users' deposits, Robert's deposit was not returned.

**Robert's Actions Toward Hurt**

10. Robert has since taken a series of unhinged and threatening actions against Hurt.

11. Robert's actions started off legitimately enough. After PredictionStrike shut down, Robert demanded that his funds be returned. Because PredictionStrike had no funds to return, Robert initiated arbitration against PredictionStrike in March 2026. That arbitration was eventually dismissed for failure to pay the filing fee.

12. Robert has also taken to threatening, stalking, and disparaging Hurt. For example:

a. Robert has repeatedly e-mailed Hurt, threatening to seek criminal charges, to contact the FBI, and to sue. Robert has made clear his intentions: "You will not get away with this, trust me" and "I will not rest until the truth is revealed about

what happened at your company." Robert eventually sued PredictionStrike in New York state court. And Robert has repeatedly e-mailed Hurt since.

b. Robert has submitted formal grievance complaints about Hurt to various state bar regulatory authorities, including the Delaware Office of Disciplinary Counsel, the New York Bar, and the Florida Bar.

c. Robert has e-mailed Harvard Law School about an article about Hurt, raising "concerns regarding the conduct of Deven Hurt … in connection with his role as CEO & Founder of PredictionStrike," and has sent similar e-mails to media companies that have published articles about PredictionStrike.

d. Robert has e-mailed Hurt's current employer: "I find it deeply concerning that he's working in this position."

e. Robert has taken to LinkedIn to speak about and to intimidate Hurt. In multiple comments, Robert has written: "Deven Hurt, For transparency, I would like it to be publicly known that as a former PredictionStrike user, I've been unable to access or withdraw the funds reflected in my account since the platform shut down in February 2026. I'm currently pursuing resolution through the appropriate legal process." In seeking to antagonize or to intimidate Hurt, he has also liked comments made by Hurt on others' posts.

f. Robert has sought to follow Hurt on Instagram, and has sent him unsolicited direct messages on Instagram and X. He wrote: "I am requesting my funds immediately" and "I am seeking criminal charges against you and your company if funds are not returned to me immediately." The next day, he followed up: "Hey buddy, I know you're reading this message. If you want to end up in jail be my

guest… I have connections to the New York Attorney General. You're not going to get away with any of this"

13. In sum, from late 2025 through the present, Robert has consistently threatened, stalked, sought to intimidate, and disparaged Hurt on various platforms and to multiple audiences.

**Robert and Sofia Defame Hurt**

14. Robert also enlisted his sister, Sofia, to defame Hurt in a particularly malicious way.

15. The social-media platform Facebook has "groups," which "are a place to connect, learn and share with people who have similar interests." One such group is called: "Are We Dating the Same Guy? | New York City NYC." As the name of the group suggests, members (mostly women) post anonymously about men they date. In July 2026, the group had 180,000 members.

16. Below is how the group looked in July 2026:




17. On or about July 2, 2026, the following post by "Anonymous member" was discovered on the Facebook group, stating that a man "wanted to be exclusive," "was so sexually

forward," "wouldn't take no for an answer," "kept trying to push my boundaries," and was "talking to multiple women" after "dating for a few months." "Anonymous member" warned: "Stay back ladies." After another member asked for a "pic," Anonymous member posted a picture of the man she allegedly dated:



18. The picture posted was that of Hurt.

19. Upon discovering this post, Hurt's then-girlfriend messaged Anonymous member to contact her. Anonymous member—using her actual account and revealing herself to be Sofia Uriarte—responded:




20. Hurt's then-girlfriend told Sofia that she and Hurt were dating; immediately after, Sofia blocked her and deleted the post. As reflected on the post's timestamp, however, the post had been visible for all 180,000 members of the group to see for about two months before it was finally taken down.

21. Everything written in and about the post is false: Hurt has never met—much less dated—Sofia.

22. The only plausible explanation for Sofia's false and defamatory post about Hurt (the "Defamatory Post") is that Robert told Sofia to make and post the Defamatory Post.

23. The Defamatory Post has caused Hurt tremendous anxiety, embarrassment, pain, and stress. Although the Defamatory Post did not mention Hurt by name, the photograph was taken from Hurt's LinkedIn profile. A basic reverse-image search on the photograph in the Defamatory Post links directly to Hurt's LinkedIn profile.

24. All conditions precedent to this action have occurred, have been performed, or have been waived.

**Count I: Defamation (Sofia)**

25. Hurt realleges the allegations in paragraphs 1 through 24 as if fully set forth herein.

26. In or around May 2026, Sofia created and posted the Defamatory Post.

27. Each of the statements made in the Defamatory Post is false.

28. Each of the statements made in the Defamatory Post is defamatory.

29. Each of the statements made in the Defamatory Post is of and concerning Hurt.

30. Sofia made each of the statements made in the Defamatory Post knowing that each was false.

31. Sofia made each of the statements made in the Defamatory Post maliciously with an intent to embarrass and injure Hurt.

32. As a result of the Defamatory Post, Hurt suffered damages, including tremendous anxiety, embarrassment, pain, and stress.

WHEREFORE, Deven Hurt demands judgment against Adriana Sofia Uriarte for all available damages—including punitive damages—fees, costs, and all other relief that the Court considers just and proper.

**Count II: Aiding and Abetting Defamation (Robert)**

33. Hurt realleges the allegations in paragraphs 1 through 24 as if fully set forth herein.

34. In or around May 2026, Sofia defamed Hurt by way of the Defamatory Post.

35. Robert knew that Sofia defamed Hurt by way of the Defamatory Post.

36. By directing and encouraging Sofia to make the Defamatory Post, Robert substantially assisted and encouraged Sofia's defamation of Hurt.

37. Robert's aiding and abetting Sofia's defamation of Hurt caused Hurt to suffer damages, including tremendous anxiety, embarrassment, pain, and stress.

WHEREFORE, Deven Hurt demands judgment against Robert Uriarte for all available damages—including punitive damages—fees, costs, and all other relief that the Court considers just and proper.

**Count III: Conspiracy to Commit Defamation (Sofia and Robert)**

38. Hurt realleges the allegations in paragraphs 1 through 24 as if fully set forth herein.

39. In or around May 2026, Sofia and Robert agreed to conspire to defame Hurt.

40. Sofia and Robert each took overt acts in furtherance of this conspiracy. For his part, Robert directed and encouraged Sofia to make the Defamatory Post; for her part, Sofia made and posted the Defamatory Post.

41. As a result of this conspiracy, Hurt suffered damages, including tremendous anxiety, embarrassment, pain, and stress.

WHEREFORE, Deven Hurt demands judgment against Sofia Uriarte and Robert Uriarte, jointly and severally, for all available damages—including punitive damages—fees, costs, and all other relief that the Court considers just and proper.

**Demand for Jury Trial**

Plaintiff requests a jury trial on all issues so triable.

Dated: August 19, 2026

TOTH FUNES PA

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
Freddy Funes
Florida Bar No. 87932
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com
e-filings@tothfunes.com

*Counsel for Plaintiff Deven Hurt*