AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DEVEN HURT<br>*Plaintiff(s)*<br>v.<br>ADRIANA SOFIA URIARTE a/k/a SOFIA URIARTE and ROBERT URIARTE<br>*Defendant(s)* | Civil Action No. 0:26-cv-62297-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adriana Sofia Uriarte
1439 S Ocean Blvd Apt 203, Laud By The Sea, FL 33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian W. Toth, Toth Funes PA, 25 SE 2nd Avenue, Suite 805, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Rivers

Deputy Clerk
U.S. District Courts

Date: 08/19/2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DEVEN HURT<br>_Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 0:26-cv-62297-RS |
| ADRIANA SOFIA URIARTE a/k/a SOFIA URIARTE and ROBERT URIARTE<br>_Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_ Robert Uriarte
14906 Stonebriar Way, Orlando, Florida 32826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian W. Toth, Toth Funes PA, 25 SE 2nd Avenue, Suite 805, Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: 08/19/2026

_s/ K. Rivers_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court