UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-62297-RS

DEVEN HURT,

Plaintiff,

v.

ADRIANA SOFIA URIARTE et al.,

Defendants.
_______________________________/

**JOINT SCHEDULING REPORT AND JOINT PROPOSED SCHEDULING ORDER**

As required by Local Rule 16.1(b)(2) and the Court's order of September 14, 2026, ECF No. 6, Plaintiff Deven Hurt and Defendant Robert Uriarte file their joint scheduling report and proposed scheduling order. As required by Local Rule 16.1(b)(1), Plaintiff's counsel and Defendant Robert Uriarte participated in a conference via Microsoft Teams on October 1, 2026, for the purposes set forth in Federal Rule of Civil Procedure 26(f). Defendant Adriana Sofia Uriarte has not yet been served and did not participate in the conference or in connection with preparing this report.

**1. Likelihood of Settlement**

Although the parties have discussed settlement, it is too early to determine the likelihood of settlement.

**2. Likelihood of Appearance in this Action of Additional Parties**

It is unlikely that any additional parties will appear in this action.

**3. Proposed Limits on the Time:**

**a. to join other parties and to amend the pleadings;**

***Plaintiff's statement:*** Defendant Adriana Sofia Uriarte has not yet been served. As reflected in the Affidavit of Non-Service [ECF No. 9], Plaintiff tried to serve Ms. Uriarte at an address obtained from publicly available information and at which it was believed Ms. Uriarte resided, but, per the resident and owner of the address, Ms. Uriarte had moved out in 2025. In addition, on September 23, 2026, Plaintiff's counsel e-mailed and mailed a form Waiver of the Service of Summons to Ms. Uriarte at two e-mail addresses obtained from publicly available information and at her address, but have not heard back from her. Finally, on September 14, 2026, Plaintiff's counsel requested that Defendant Robert Uriarte, who is Ms. Uriarte's brother, provide an address, a phone number, and an e-mail address for Ms. Uriarte; Mr. Uriarte responded: "No, I do not have any contact information for Ms. Uriarte that I am willing to share." Plaintiff will continue to try to serve Ms. Uriarte, including by serving discovery on Mr. Uriarte for her contact information. As a result, Plaintiff would request that additional time be built into the Scheduling Order to complete service of process.

***Defendant's Statement:*** Defendant Robert Uriarte does not object to Plaintiff seeking whatever relief the Court permits under Rule 4(m) with respect to service on Defendant Adriana Sofia Uriarte. However, Defendant Robert Uriarte does not agree that difficulties serving another defendant should automatically extend or delay deadlines applicable to him. Defendant Robert Uriarte has already been served, appeared, and fully briefed his pending Motion to Dismiss. Any extension should relate only to Ms. Uriarte and does not alter deadlines applicable to Robert Uriarte absent further order of the Court.

All other proposed times are set forth in the attached joint proposed scheduling order.

**b. to file and hear motions; and**

See the attached joint proposed scheduling order.

**c. to complete discovery.**

See the attached joint proposed scheduling order.

**4. Proposals for the Formulation and Simplification of Issues**

The parties will simplify or eliminate unnecessary issues where possible and appropriate.

**5. Necessity and Desirability of Amendments to the Pleadings**

At this time, the parties do not expect that there will be a need to amend the pleadings.

**6. Possibility of Obtaining Admissions of Facts and of Documents**

The parties will admit facts and stipulate to the validity and authenticity of documents, where appropriate.

**7. Suggestions for the Avoidance of Unnecessary Proof**

The parties will work to avoid unnecessary proof and cumulative evidence, where appropriate.

**8. Suggestions for the Advisability of Referring Matters**

The parties do not consent to the jurisdiction of the United States Magistrate Judge for trial or for any dispositive pre-trial motion.

**9. Preliminary Estimate for the Time Required for Trial**

The preliminary estimate for the time required for trial is three days.

**10. Requested Dates for Conferences, Final Pretrial Conference, and Trial**

The parties propose September 27, 2027, as the date for the start of trial. At this time, the parties do not believe that any conferences or a final pretrial conference are necessary.

**11. Any issues about:**

**a. Disclosure, discovery, or preservation of ESI, including the form or forms in which it should be produced**

None at this time.

**b. Claims of privilege**

None at this time.

**c. ESI checklist**

The parties will consult and use the ESI checklist as appropriate.

**Other Information**

As required by paragraph 2(a) of the Court's order of September 14, 2026, Plaintiff states that he does not intend to use an expert in this action.

Dated: October 5, 2026

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
Freddy Funes
Florida Bar No. 87932
TOTH FUNES PA
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com

*Counsel for Plaintiff Deven Hurt*

s/Robert Uriarte
Robert Uriarte
14906 Stonebriar Way
Orlando, Florida 32826
(561) 702-3651
RobbyUriarte2@gmail.com