UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-62297-SMITH

DEVEN HURT,

Plaintiff,

v.

ADRIANA SOFIA URIARTE et al.,

Defendants.
_______________________________/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **September 27, 2027**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, September 21, 2027**. The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motion to amend the pleadings by | **11/30/2026** |
| 2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **10/30/2026** |
| 3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **11/30/2026** |

| | |
|---|---|
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/18/2026** |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **01/15/2027** |
| 6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **06/29/2027** |
| 7. Fact discovery shall be completed by | **04/19/2027** |
| 8. Expert discovery shall be completed by | **04/19/2027** |
| 9. Mediation shall be completed by **[no more than one month after the close of discovery]** | **05/19/2027** |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **[at least four months before the date for filing the Pretrial Stipulation]** | **04/26/2027** |
| 11. Deposition designations and counter designations shall be filed by **[at least two months before Trial date]** The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | **07/26/2027** |
| 12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **[at least one month before Trial date]** Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted. | **08/27/2027** |

| | |
|---|---|
| 13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br>**[at least one month before Trial date]**<br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. | **09/24/2027** |